**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00126-WDM

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RUBY BAKER,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On November 29, 2005, the probation officer submitted a petition for early termination of probation in this case.  On December 1, 2005, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 13, 2005, and the United States has not objected to the proposed relief.  Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, on December 27, 2005.

       BY THE COURT:


       /s/ Walker D. Miller
       United States District Judge

PDF FINAL